CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIMALKUMAR SANKARANARAYANAN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al.*,<br><br>        Defendants. | Case No. 5:26-cv-01332-NW<br><br>**STIPULATION TO PROPOSED BRIEFING SCHEDULE FOR THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** ** AS MODIFIED** |

On April 28, 2026, the Court granted the parties' stipulation to an extension of time for Defendants' response to Plaintiffs' complaint, setting Defendants' response as due by April 27, 2026. Dkt. No. 10. On April 27, 2026, Defendants filed their answer to Plaintiffs' complaint. Dkt. No. 9. On May 14, 2026, Plaintiffs filed their first amended complaint. Dkt. No. 11. On May 28, 2026, Defendants filed their answer to Plaintiffs' first amended complaint. Dkt. No. 12. Plaintiffs and Defendants now hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for their cross motions for summary judgment. The parties request the following schedule:

1.      Defendants will file their motion for summary judgment by July 10, 2026.

2.      Plaintiffs will file their opposition to Defendants' motion by August 10, 2026.

3.      Defendants will file their reply by August 24, 2026.

4.    Plaintiffs will file their reply by September 16, 2026.

5.    The parties will notice a hearing on Defendants' motion for summary judgment on October 7, September 30, 2026, at 9:00 a.m.

Dated: July 6, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 6, 2026

*/s/ Jessica T. Arena*
JESSICA T. ARENA
Law Office of Jessica Arena
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 8, 2026

HON. NOEL WISE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-01332-NW                    2